**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| OMNI MEDSCI, INC.,<br>*Plaintiff*,<br>v.<br>SAMSUNG ELECTRONICS, CO. LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC.,<br>*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 2:26-cv-00356-JRG-RSP |

**ORDER**

Before the Court is the Parties' Joint Motion for Extension of Venue Discovery. **Dkt. No. 44**. Having considered the Motion, the Court is of the opinion that the Motion be, and hereby is, **GRANTED**.

Therefore, it is **ORDERED** that the venue discovery period extends until November 23, 2026; Plaintiff's response to Defendants' Motion to Dismiss (Dkt. No. 22) is due November 30, 2026; and Defendants' reply is due December 21, 2026.

**SIGNED this 10th day of November, 2026.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE